**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-2073**

─────────────

SHELDON VANN,

Plaintiff - Appellant,

versus

AVX CORPORATION,

Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Florence. Margaret B. Seymour, District Judge. (CA-98-3481-4-24BC)

─────────────

Submitted: December 14, 2000      Decided: December 19, 2000

─────────────

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Sheldon Vann, Appellant Pro Se. Thomas Allen Bright, Charles Edgar McDonald, III, HAYNSWORTH, BALDWIN, JOHNSON & GREAVES, L.L.C., Greenville, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sheldon Vann appeals from the district court's final judgment based on the jury's verdict in favor of Appellee in this civil action, as well as the jury's verdict itself. Vann also appeals from the district court's adverse order partially granting summary judgment in favor of Appellee on Vann's harassment claim brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. § 2000e (West 1994), and his discriminatory failure to promote claim brought pursuant to 42 U.S.C.A. § 1981 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm the jury's verdict, and the district court's order on the reasoning of the district court. Vann v. AVX Corporation, No. CA-98-3481-4-24BC (D.S.C. June 13, 2000; July 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED